### In re: REFCO, LLC

**Mary Lou Lee, Samantha Foo, Jason Foo, Foo, LLC, Estate of Chin Min Foo, Appellants,**

v.

**Refco, LLC, Appellee,**

**Albert Togut, as Chapter 7 Trustee for the Estate of Refco, LLC, Trustee–Appellee.**

**No. 08–1057–bk.**

United States Court of Appeals, Second Circuit.

Dec. 16, 2008.

Brian M. Delaurentis, New York, NY, for Appellants.

David H. Hixson (Barry Sullivan & Vincent E. Lazar, on the brief), Jenner & Block LLP, Chicago, IL, for Appellees.

PRESENT: Hon. JOSEPH M. McLAUGHLIN, Hon. GUIDO CALABRESI and Hon. DEBRA A. LIVINGSTON, Circuit Judges.

## SUMMARY ORDER

The District Court affirmed the Bankruptcy Court's dismissal of Appellants' claim on the ground that Appellant's claim is subject to issue preclusion. The Bankruptcy Court held that the claim was precluded, and in the alternative that Appellant's claim belongs to a different entity, the LFG Liquidation Trust. We review the Bankruptcy Court decision in this case independently. *See Browning v. MCI, Inc. (In re Worldcom, Inc.)*, 546 F.3d 211, 216 (2d Cir.2008). Assuming *arguendo* that Appellants are not precluded from raising their claim, we conclude, for substantially the same reasons expressed by the Bankruptcy Court, that the claim belongs to the LFG Liquidation Trust, and therefore Appellants cannot raise the claim here. We have considered all of Appellants' arguments and have found them to be without merit. Accordingly, the judgment of the District Court is **AFFIRMED.**